

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2019

No. 04-18-00512-CR

**EX PARTE** Steven **ROBLES**,

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1302-W1
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

    The Appellant's Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED. Time is extended to August 30, 2019. No further extensions of time will be granted absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court